Honorable Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CYNTHIA ROE,<br><br>        Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, a corporation,<br><br>        Defendant. | No. 3:18-cv-06036<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

THIS MATTER having come on before the above-entitled court by stipulation of the parties through their counsel of record, now, therefore, it is hereby ORDERED that all claims herein be dismissed with prejudice and without costs or attorney's fees to any party.

Done this 19th day of March, 2019.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE – PAGE 1
CAUSE NO. 3:18-CV-06036

2312921 / 1377.0059

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

*//*

*//*

*Presented By:*

FORSBERG & UMLAUF, P.S.

By: *s/ Matthew S. Adams*
Matthew S. Adams, WSBA No. 18820
FORSBERG & UMLAUF, P.S.
901 Fifth Avenue, Suite 1400
Seattle, WA 98164-1039
Telephone: (206) 689-8500
Email: MAdams@FoUm.law
Attorneys for Defendant

By: *s/ Andrew C. Lauersdorf*
Andrew C. Lauersdorf, WSBA No. 35418
MALONEY LAUERSDORF REINER PC
1111 East Burnside Street, Suite 300
Portland, OR 97214
Telephone: (503) 245-1531
Email: acl@mlrlegalteam.com
Attorneys for Plaintiff

ORDER OF DISMISSAL WITH PREJUDICE – PAGE 2
CAUSE NO. 3:18-CV-06036

2312921 / 1377.0059

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX